**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KACEY YATES,**

    **Petitioner,**

**vs.**                                     **Case No. 4:07cv389-RH/WCS**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

By order of December 26, 2007, Petitioner was directed to show cause, if any, why his 28 U.S.C. § 2254 petition should not be dismissed as untimely. Doc. 5. He was also directed to either pay the filing fee or submit a properly completed in forma pauperis application, and advised that failure to respond to a court order could result in dismissal without further notice. *Id.*

Petitioner responded to the portion of the order regarding the fee. Docs. 6 (order, noting Petitioner's mother had contacted the clerk) and 7 (letter from Petitioner). As the fee had been paid, the in forma pauperis motion (previously deemed insufficient)

was denied as moot, and Petitioner was "reminded that he has until January 31, 2008, to show cause why his petition is not untimely." Doc. 6.

For the reasons set forth previously (doc.5, incorporated herein by reference), it appears the § 2254 petition is untimely. Petitioner failed to respond to a court order and was warned of dismissal for failure to respond. He was even reminded by subsequent order of his deadline to respond.

It is therefore respectfully **RECOMMENDED** that this cause be **SUMMARILY DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 20, 2008.

  S/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**